1

2

3

4

5

6

7

8

9

10 IN THE UNITED STATES DISTRICT COURT

11 FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13 FRANK ANTHONY BALDIZAN,          1:05-CV-00645-REC-DLB-HC

14          Petitioner,

15     vs.

16 EDWARD S. ALAMEIDA,

17          Respondent.          <u>ORDER OF TRANSFER</u>

18 _____/

19     Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

20 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.

21 § 1915.

22     The petitioner is challenging a conviction from Sacramento County, which is part of the

23 Sacramento Division of the United States District Court for the Eastern District of California.

24 Therefore, the petition should have been filed in the Sacramento Division.

25     Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the

26

1

1  proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this

2  action will be transferred to the Sacramento Division.   This court will not rule on petitioner's

3  request to proceed in forma pauperis.

4        Good cause appearing, IT IS HEREBY ORDERED that:

5        1. This court has not ruled on petitioner's request to proceed in forma pauperis.

6        2. This action is transferred to the United States District Court for the Eastern District of

7  California sitting in Sacramento; and

8        3. All future filings shall reference the new Sacramento case number assigned and shall

9  be filed at:

10                              United States District Court
                                Eastern District of California
11                              501 "I" Street, Suite 4-200
                                Sacramento, CA 95814
12
        IT IS SO ORDERED.
13
**Dated:    June 14, 2005**                    **/s/ Dennis L. Beck**
14  3b142a                                 UNITED STATES MAGISTRATE JUDGE

2