QUIN DENVIR, Bar #49374
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
FRANK ANTHONY BALDIZAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ANTHONY BALDIZAN,<br><br>    Petitioner,<br><br>  v.<br><br>EDWARD ALAMEIDA, et al.,<br><br>    Respondents. | No. CIV S-05-1203 MCE GGH<br><br>**MOTION FOR SUBSTITUTION OF COUNSEL;** PROPOSED ORDER |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Barbara Michel shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: Aug 2, 2005

GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

PETITIONER'S MOTION FOR SUBSTITUTION OF COUNSEL