BARBARA MICHEL, Attorney at Law
California State Bar N. 95503
P.O. Box 12535
Berkeley, California 94712
Telephone (510) 841-4338
e-mail barbaramichel@sbcglobal.net

Attorney for Petitioner
Frank Anthony Baldizan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ANTHONY BALDIZAN, | 2:05-cv-01203-MCE- GGH-HC |
| Petitioner, | **ORDER EXTENDING TIME TO FILE TRAVERSE** |
| v. | |
| EDWARD S. ALAMEIDA, | |
| **Respondent.** | |

Petitioner, Frank Anthony Baldizan, through counsel, having applied for a 60-day extension of time, to May 1, 2006, to file a traverse, and Good Cause therefor having been shown,

IT IS HEREBY ORDERED that the time in which said traverse is to be filed shall be extended to and including May 1, 2006.

Dated: 4/10/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS, JUDGE

bald1203.po

(Proposed) Order Extending Time