IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK ANTHONY BALDIZAN, | | No. 2:05-cv-01203-MCE-GGH P |
| Petitioner, | | |
| vs. | | <u>ORDER</u> |
| EDWARD S. ALAMEIDA, | | |
| Respondent. | / | |

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's August 5, 2008, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

///

///

1

1  A certificate of appealability should be granted for any issue that petitioner can
2  demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different
3  court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,
4  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]
5  Petitioner has made a substantial showing of the denial of a constitutional right in the
6  following issue presented in the instant petition: whether Bouie[2] error occurred, that is, whether
7  there was an unforeseeable retroactive enlargement of the law by the state appellate court's
8  application of the holding of Kramer[3] to petitioner's challenge to his sentence enhancement.
9  Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the
10 present action.

Dated:  September 18, 2008

/s/ Morrison C. England, Jr.
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.

[2] Bouie v. City of Columbia, 378 U.S. 347, 84 S.Ct. 1697 (1964).

[3] People v. Kramer, 29 Cal.4th 720, 128 Cal. Rptr.2d 407 (2002).

2